UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CARY ELLIS MALONE**                           **CIVIL ACTION NO. 18-0935**

                                                **SECTION P**
**VS.**
                                                **JUDGE TERRY A. DOUGHTY**

**JAY RUSSELL, ET AL.**                         **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation [Doc. No. 4] of the Magistrate Judge having been considered, together with the written objections thereto [Doc. No. 5] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff Cary Ellis Malone's Application to Proceed In Forma Pauperis, [Doc. No. 2], is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint, [Doc. No.1], is **DISMISSED WITH PREJUDICE** as frivolous and malicious.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is **SANCTIONED** and prohibited from filing any new civil action in this District without the prior approval and authorization of the Chief Judge of this District.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Request for Approval and Authorization to Seek Civil Action Based on New Evidence of Recent State Court Judgment [Doc. No. 6] and the Complaint for Injunctive Relief [Doc. No. 7] be stricken from the record of this proceeding and be referred to the Chief Judge of this District in accordance with this Judgment.

MONROE, LOUISIANA, this 20th day of August, 2018.

                                      **T**ERRY **A**. **D**OUGHTY  
                                      **U**NITED **S**TATES **D**ISTRICT **J**UDGE